**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL L. MORRIS, | No. CIV S-05-0641-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On October 24, 2005, the parties filed a stipulation to modify the scheduling order issued on April 13, 2005. Pursuant to the stipulation, the scheduling order will be modified.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.     Plaintiff's dispositive motion is due by November 4, 2005; and

3      2.     Defendant's response is due by December 16, 2005.

5  DATED: October 27, 2005.

                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE