**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL L. MORRIS, | No. CIV S-05-0641-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On November 18, 2005, the parties filed a stipulation to modify the scheduling order issued on April 13, 2005.  Pursuant to the stipulation, the scheduling order will be modified nunc pro tunc to November 9, 2005.

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that:
2      1.    Plaintiff's dispositive motion is due by November 9, 2005, and has been
3  timely filed; and
4      2.    Defendant's response is now due by December 31, 2005.
5  DATED: November 22, 2005.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE